**United States District Court**
**For the Northern District of California**

E-filed on: 3/2/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON TIRADO,<br><br>  Plaintiffs,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION AS A CALIFORNIA CORPORATION, FCI LENDER SERVICES Inc., AGENT, AS A CALIFORNIA CORPORATION, DSL SERVICE COMPANY, TRUSTEE, AS A CALIFORNIA CORPORATION,<br><br>And Does 1-10,<br><br>  Defendants. | No. 12-cv-00122-RMW<br><br>JUDGMENT |

On March 2, 2012, the court dismissed this action with prejudice. Therefore, it is hereby adjudged that plaintiff takes nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:     March 2, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. 12-cv-00122-RMW
CVH